

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2021

No. 04-21-00091-CV

**IN RE J&R SCHUGEL TRUCKING INC.**, J&R Schugel Logistics Inc., J&R Schugel Holdings Inc., and Scott Briggs, Relators

Original Proceeding[1]

## ORDER

Relators' petition for writ of mandamus and motion for temporary relief are DENIED. This amended order replaces this court's March 18, 2021 administrative order.

It is so **ORDERED** on March 31, 2021.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of March, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CI21379, styled *Ismael Garcia v. J&R Schugel Trucking Inc., et al.*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Nicole Garza presiding.